```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

De'Vante N'Kee Wilson

    v.                                               Case No. 1:23-cv-107-PB-AJ

FCI Berlin, Warden

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 17, 2023. For the reasons stated therein, the petition is dismissed as moot and respondent's motion (Doc. No. 6) is denied as moot. The clerk of court shall enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                    /s/Paul Barbadoro
                                                    Paul J. Barbadoro
                                                    United States District Judge

Date: December 5, 2023

cc: De'Vante N'Kee Wilson, pro se